**No. 09-10939. James Michael Long, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3524, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5454.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 597 F.3d 720.